# EXHIBIT "A"

Filing Attorney – Stephen F. Lombardi, Esq.
Filing Attorney I.D. #018381980
LOMBARDI & LOMBARDI, P.A.
1862 Oak Tree Road
P.O. Box 2065
Edison, New Jersey 08818
732-906-1500
Attorneys for Plaintiffs
File No.: 21-29922SFL

|  |  |
|---|---|
| BRIAN CAFFREY, an individual and MICHELLE A. CAFFREY, his wife, per quod, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION MIDDLESEX COUNTY |
|  | DOCKET NO.: MID-L-3198-21 |
| Plaintiffs | CIVIL ACTION |
| vs. | SUMMONS |
| McARTHUR EXPRESS INC., a business entity; JOHN DOE I-V, fictitiously named individuals and ABC CO., a fictitiously named business entity, |  |
| Defendants |  |

From the State of New Jersey, To the Defendant (s) Named Above:

**McARTHUR EXPRESS INC.**

    The plaintiff, named above, has filed a lawsuit in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written Answer or Motion and proof of service with the Deputy Clerk of the Superior Court in the county listed above within 35 days from the date your received this Summons, not counting the date you received it. (A directory of the addresses of each Deputy Clerk of the Superior Court is available in the Civil Division Management office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deputyclerklawref.pdf.) If the Complaint is one in foreclosure, then you must file your written Answer or Motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, New Jersey 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the Deputy Clerk of the Superior Court) must accompany your Answer or Motion when it is filed. You must also send a copy of your Answer or Motion to plaintiff's attorney, whose name and address appear above, or to plaintiff if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written Answer or Motion (with fee of $135.00 and completed Case Information Statement) if you want the Court to hear your defense.

    If you do not file and serve a written Answer or Motion within 35 days, the Court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

    If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

                                                                   Michelle M. Smith
Dated: May 27, 2021                                         Clerk of the Superior Court
Name of Defendant to be served:    McARTHUR EXPRESS INC.
Address of Defendant to be served:   130 WERLICH DRIVE
                                                     CAMBRIDGE ONTARIO, CANADA
                                                     N1T 1N6

Revised 09/04/12, CN 10792-English (Appendix XII-A)

Filing Attorney – Stephen F. Lombardi, Esq.
Filing Attorney I.D. #018381980
LOMBARDI & LOMBARDI, P.A.
1862 Oak Tree Road
P.O. Box 2065
Edison, New Jersey 08818
732-906-1500
Attorneys for Plaintiffs
File No.: 21-29922SFL

| | |
|---|---|
| BRIAN CAFFREY, an individual and MICHELLE A. CAFFREY, his wife, per quod, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION MIDDLESEX COUNTY |
| | DOCKET NO.: MID-L-3198-21 |
| Plaintiffs | CIVIL ACTION |
| vs. | COMPLAINT AND JURY DEMAND |
| McARTHUR EXPRESS INC., a business entity; JOHN DOE I-V, fictitiously named individuals and ABC CO., a fictitiously named business entity, | |
| Defendants | |

Plaintiffs, Brian Caffrey, an individual and Michelle A. Caffrey, his wife, per quod, with regard to a cause of action arising in the Township of Sayreville, County of Middlesex, and State of New Jersey, and by way of Complaint and Jury Demand against all defendants, jointly and severally, say:

## FIRST COUNT

1. On or about October 26, 2020, the plaintiff, Brian Caffrey, was engaged in a prudent and lawful manner, in the removal of items from a delivery truck at the premises commonly known as Upright Installation Services at 2600B Main Street Extension, in the Township of Sayreville, New Jersey.

2. On the date and at the place aforesaid, the defendant, John Doe I, a fictitiously named individual, was, as the agent, servant, and/or employee of the defendant, McArthur Express Inc., a business entity operating the delivery truck from which the plaintiff was lawfully and prudently removing items. Said delivery truck was the property of the defendant, McArthur Express Inc., a business entity.

3. On the date and at the place aforesaid, the defendant, John Doe I, a fictitiously named individual, as the agent, servant, and/or employee of the defendant, McArthur Express Inc., a business entity did maintain and operate said delivery truck in a negligent and unreasonable manner such that the plaintiff, Brian Caffrey, an individual, was caused to be expelled therefrom.

4. As a result of the negligence of the defendant, John Doe I, a fictitiously named individual, as the agent, servant, and/or employee of the defendant, McArthur Express Inc., a business entity, and the ensuing propulsion, the plaintiff, Brian Caffrey, an individual, did sustain bodily injury. He has suffered great pain of mind and body and will continue to so suffer in the future. He has been required to expend monies for the medical, hospital, and surgical care of his injuries. He has been prevented from attending to his normal and usual activities.

5. This claim is maintainable pursuant to the New Jersey Automobile Reparation Reform Act.

**WHEREFORE,** the plaintiff, Brian Caffrey, an individual, demands judgment against the defendants, jointly and severally, for compensatory damages together with interest and costs of suit.

## SECOND COUNT

1. The plaintiffs repeat the allegations of the First Count as if same were set forth herein at length.

2. Michelle A. Caffrey, is the lawful spouse of the plaintiff, Brian Caffrey.

3. As a direct and proximate result of the carelessness and negligence of the defendant, John Doe I, a fictitiously named individual, as the agent, servant, and/or employee of the defendant, McArthur Express Inc., a business entity, Michelle A. Caffrey was and will be deprived of the aid, services, society, and consortium of her said husband.

**WHEREFORE,** the plaintiff, Michelle A. Caffrey, an individual, demands judgment against the defendants, jointly and severally, for compensatory damages together with interest and costs of suit.

## THIRD COUNT

1. The plaintiffs repeat the allegations of the First Count and Second Count as if same were set forth herein at length.

2. John Doe and ABC Co. are fictitiously named defendants respectively representing any persons and/or business entities which had ownership and/or control of any of the instrumentalities of the damages complained of herein or who are otherwise liable for the damages complained of herein. The plaintiffs reserve their right to amend this Complaint to implead the names of such persons and/or business entities should the identity and/or liability of same be revealed during the course of discovery herein.

**WHEREFORE,** the plaintiffs demands judgment against the defendants, jointly and severally, for compensatory damages together with interest and costs of suit.

### JURY DEMAND

Plaintiffs hereby demand a trial by jury of six (6) persons on all issues so triable.

### CERTIFICATION

The undersigned certifies that to the best of his knowledge and belief, there is not pending any other action which arises from the incident alleged in the Complaint or which involves the parties to this action.

### CERTIFICATION R.4:5-1 (b) (3)

The undersigned certifies that the within pleadings contains no personal confidential identifiers. The undersigned recognizes a responsibility to ensure the same as to subsequent pleadings.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of R.4:25-4, Stephen F. Lombardi, Esq. is hereby designated as trial counsel.

LOMBARDI & LOMBARDI, P.A.
Attorneys for Plaintiffs

DATED: May 27, 2021

By: STEPHEN F. LOMBARDI

# Civil Case Information Statement

**Case Details: MIDDLESEX | Civil Part Docket# L-003198-21**

**Case Caption:** CAFFREY BRIAN VS MCARTHUR EXPRESS INC.
**Case Initiation Date:** 05/27/2021
**Attorney Name:** STEPHEN F LOMBARDI
**Firm Name:** LOMBARDI & LOMBARDI
**Address:** 1862 OAK TREE ROAD
EDISON NJ 088200000
**Phone:** 7329061500
**Name of Party:** PLAINTIFF : Caffrey, Brian
**Name of Defendant's Primary Insurance Company (if known):** None

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: Brian Caffrey?** NO

**Are sexual abuse claims alleged by: Michelle A Caffrey?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
  **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
  **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

05/27/2021                                                                                   /s/ STEPHEN F LOMBARDI
Dated                                                                                        Signed

## NJ SUPERIOR COURT LAWYER REFERRAL AND LEGAL SERVICE LIST

**ATLANTIC COUNTY:**
Deputy Clerk, Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Fl.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk, Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601
LAWYER REFERRAL
(201)488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk, Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk, Superior Court
Civil Processing Office
Hall of Justice
1st Fl, Suite 150
101 South 5th Street
Camden, NJ 08103
LAWYER REFERRAL
(856) 482-0618
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk, Superior Court
9 N. Main Street
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk, Superior Court
Civil Case Management Office
60 West Broad Street
P. O. Box 10
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 696-5550
LEGAL SERVICES
(856) 691-0494

**ESSEX COUNTY:**
Deputy Clerk, Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk, Superior Court
Civil Case Management Office,
Attn: Intake, First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk, Superior Court
Civil Records Dept.
Brennan Court House, 1st Floor
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk, Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 236-6109
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk, Superior Court
Local Filing Office, Courthouse
175 S. Broad Street
P. O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk, Superior Court
Middlesex Vicinage
Second Floor, Tower
56 Paterson Street
P. O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk, Superior Court
Court House
P. O. Box 1269
Freehold, NJ 07728-1269
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington & Court Streets
P. O. Box 910
Morristown, NJ 07963-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk, Superior Court
Court House, Room 121
118 Washington Street
P.O. Box 2191
Toms River, NJ 08754-2191
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk, Superior Court
Civil Division - Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk, Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079
LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 691-0494

**SOMERSET COUNTY:**
Deputy Clerk, Superior Court
Civil Division Office
40 North Bridge Street
P. O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk, Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk, Superior Court
1st Floor, Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk, Superior Court
Civil Division, Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(908) 859-4300
LEGAL SERVICES
(908) 475-2010